1 | **RIMAC MARTIN, P.C.**
  | Anna M. Martin – CSBN 154279
2 | amartin@rimacmartin.com
  | 1051 Divisadero Street
3 | San Francisco, CA 94115
  | Telephone:  415.561-8440
4 | Facsimile:  415.561-8430
5 |
  | Attorneys for Defendant
6 | LIFE INSURANCE COMPANY OF NORTH AMERICA
7 | James McDonald
8 | jmilmac7@yahoo.com
  | **Pro Se Plaintiff**
9 | 1743 Crestwood Drive
  | Chattanooga, TN 37405
10|
  | 161 Powell Street, A17
11| San Francisco, CA 94102
  | Telephone: 628.300.5431
12|

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| JAMES MCDONALD, | ) Case No.  3:15-cv-03816-LB |
|---|---|
| Plaintiff, | ) **STIPULATION OF DISMISSAL OF** |
| | ) **ACTION WITH PREJUDICE;** |
| v. | ) [~~PROPOSED~~] **ORDER** |
| CIGNA INC. | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between Plaintiff JAMES MCDONALD and

Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA (improperly named herein

1

STIPLUATION OF DISMISSAL OF ACTION WITH PREJUDICE; [~~PROPOSED~~] ORDER
Case No. 3:15-cv-03816-LB

1  as Cigna, Inc.), by and through their counsel of record herein, that the captioned action may be,
2  and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
3  Procedure.
4      The parties shall bear their own respective attorney fees and costs of suit.
5      Counsel for the filing party hereby attests that concurrence in filing of this document has
6  been obtained by each of the other signatories to this document.  The conformed signature
7  herein shall serve in lieu of their original signatures on this document. Upon order of the Court,
8  this filing party shall produce records which support the concurrence of all signatories to this
9  document.

**RIMAC MARTIN, P.C.**

DATED:  November 5, 2015            By:  /s/ Anna M. Martin
                                          ANNA M. MARTIN
                                          Attorneys for Defendant
                                          Life Insurance Company of North America

DATED:  November 5, 2015            By:  /s/ James McDonald
                                          JAMES McDONALD
                                          Pro Se Plaintiff

**IT IS SO ORDERED.**

Dated: November 6, 2015

_____
Laurel Beeler
United States Magistrate Judge